Submitted on briefs July 18, affirmed July 22, 1974

RONALD L. SNOW, *Petitioner, v.* OREGON STATE PENITENTIARY (Nos. 03-74-080, 3228), *Respondent.*

524 P2d 340

Gary D. Babcock, Public Defender, and John K. Hoover, Deputy Public Defender, Salem, for petitioner.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Scott McAlister, Assistant Attorney General, Salem, for respondent.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

PER CURIAM.

AFFIRMED. *Wolff v. McDonnell,* 418 US 539, 94 S Ct 2963, 41 L Ed 2d 935 (1974); *Bonney v. OSP,* 16 Or App 509, 519 P2d 383 (1974).